**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 1 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 0 0 7 0 7 𝓑𝓐𝓑

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

ABDULLAH KRU AMIN,

      Petitioner,

v.

DIRECTOR D.O.C. ARISTEDES W. ZAVARAS,
THE DENVER RECEPTION DIAGNOSTIC CENTER,
THE COLORADO DEPT. OF CORRECTIONS,
THE ATTORNEY GENERAL OF COLORADO, et al.,
THE WYOMING STATE PENITENTIARY,
WARDEN MICHAEL J. MURPHY, et al.,
THE WYOMING DEPT. OF CORRECTIONS,
DIRECTOR ROBERT O. LAMPERT, and
THE WYOMING ATTORNEY GENERAL,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a Motion to File Without Prepayment of Filing Fee and a

Motion for Criminal Indictment.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Petitioner will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Petitioner files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   __   is not submitted

(2)   __   is missing affidavit

(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __   is missing required financial information

(5)   __   is missing an original signature by the prisoner

(6)   _X_   is not on proper form (must use the court's current form)

(7)   __   names in caption do not match names in caption of complaint, petition or habeas application

(8)   __   An original and a copy have not been received by the court. Only an original has been received.

(9)   __   other:_____.

**Complaint, Petition or Application:**

(10)   _X_   is not submitted

(11)   __   is not on proper form (must use the court's current form)

(12)   __   is missing an original signature by the prisoner

(13)   __   is missing page nos. __

(14)   __   uses et al. instead of listing all parties in caption

(15)   __   An original and a copy have not been received by the court. Only an original has been received.

(16)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __   names in caption do not match names in text

(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following form: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

2

deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 27ᵀᴴ day of March _____, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. **'09 - CV - 00707**

Abdullah Kru Amin
Reg No. 40017
Denver Women's Corr. Facility
PO Box 392005
Unit 3-A-102
Denver, CO   80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and the Prisoner Complaint forms** to the above-named individuals on _3/31/09_

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk