IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00707-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 0 2009

GREGORY C. LANGHAM
CLERK

ABDULLAH KRU AMIN,

     Plaintiff,

v.

WARDEN C.S.P. SUSAN JONES,
DIR. DOC COLO. ARISTEDES W. ZAVARAS,
CASE MANAGER C. M. PADGETT,
THE DENVER DIAGNOSTIC RECEPTION CENTER, et al.,
ATTORNEY GENERAL OF COLO.,
THE D.O.C. (WYO.) DIR. ROBERT O. LAMPERT,
THE WYO. STATE PEN WARDEN MICHAEL J. MURPHY,
THE WYO. ATTORNEY GENERAL, et al.,
WYO. CASE MANAGER DANIELE IRWIN, and
COLO. CLASSIFICATION CHAIRPERSON B. TRAXLER,

     Defendants.

---

ORDER OF DISMISSAL

---

     Plaintiff Abdullah Kru Amin initiated this action by filing *pro se* a "Motion for Criminal Indictment" and a motion seeking leave to proceed *in forma pauperis*. In an order filed on March 31, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Amin to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Amin to file a Prisoner Complaint and to file on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Amin was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 27, 2009, Mr. Amin filed a Prisoner Complaint and a letter to the Court in which he states he is unable to obtain copies of the Prisoner Complaint or a certified copy of his inmate trust fund account statement from Wyoming prison officials.  Mr. Amin alleges in the Prisoner Complaint that he was incarcerated at a prison in Wyoming until February 6, 2009, when he was transferred to a prison in Colorado.  Mr. Amin has attached to the Prisoner Complaint an uncertified copy of his inmate trust fund account statement from the Colorado Department of Corrections for February 2009.

The Court's docketing records indicate that Mr. Amin filed on April 29, 2009, a motion seeking leave to proceed *in forma pauperis*.  However, it appears that the motion docketed on April 29, 2009, may be Mr. Amin's original *in forma pauperis* motion that was received by the Court on March 19, 2009.  In any event, the *in forma pauperis* motion docketed on April 29, 2009, is not on the proper form and does not include a certified copy of Mr. Amin's inmate trust fund account statement.

Mr. Amin has not filed within the time allowed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and he has not submitted a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint as required pursuant to § 1915(a)(2).  Even if the Court accepts Mr. Amin's explanation that he is unable to obtain a certified copy of his inmate trust fund account statement for the portion of the six-month period during which he was incarcerated in Wyoming, he still has failed to provide a certified copy of his inmate trust fund account statement for the portion of the six-month period during which

he was incarcerated in Colorado.  Therefore, the Court finds that Mr. Amin has failed to cure all of the deficiencies within the time allowed and the complaint and the action will be dismissed for that reason.  Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to cure all of the deficiencies.  It is

FURTHER ORDERED that the "Motion for Criminal Indictment" and the motion for leave to proceed *in forma pauperis* are denied as moot.

DATED at Denver, Colorado, this 20 day of _____ May _____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-00707-BNB

Abdullah Kru Amin
Reg No. 40017
Colorado State Penitentiary
P.O. Box 777 - A-5-12
Cañon City, CO 81215-0777

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/20/09

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk