IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00707-ZLW

ABDULLAH KRU AMIN,

        Plaintiff,

v.

WARDEN C.S.P. SUSAN JONES,
DIR. DOC COLO. ARISTEDES W. ZAVARAS,
CASE MANAGER C.M. PADGETT,
THE DENVER DIAGNOSTIC RECEPTION CENTER, et al,
ATTORNEY GENERAL OF COLO.,
THE D.O.C. (WYO.) DIR. ROBERT O. LAMPERT,
THE WYO. STATE PEN WARDEN MICHAEL J. MURPHY,
THE WYO. ATTORNEY GENERAL, et al,
WYO. CASE MANAGER DANIELE IRWIN, and
COLO. CLASSIFICATION CHAIRPERSON B. TRAXLER,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Plaintiff submitted a Motion for Reconsideration which is being treated as a Notice of Appeal on May 27, 2009. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
     X    is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     __    is missing affidavit
     __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

   ___ is missing required financial information
   ___ is missing an original signature by the prisoner
   ___ is not on proper form (must use the court's current form)
   ___ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this 2nd day of June, 2009.

              BY THE COURT:

              *Zita L. Weinshienk* (signature)
              _____
              ZITA L. WEINSHIENK, Senior Judge
              United States District Court